# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DAVID KELLER, | : | No. 363 MAL 2019 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| THE BANK OF NEW YORK MELLON, | : | |
| TRUSTEE CERT HOLDER CWALT, INC., | : | |
| A1 TRUST 2004-27CB, | : | |
| | : | |
| Respondent | : | |

| | | |
|---|---|---|
| PA PROPERTY PORTFOLIO, INC., AND | : | No. 364 MAL 2019 |
| DAVID KELLER, | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BANK OF AMERICA, N.A., SUCCESSOR | : | |
| TO BAC HOME LOAN SERVICING, L.P., | : | |
| | : | |
| Respondent | : | |

| | | |
|---|---|---|
| PA PROPERTY PORTFOLIO, INC. - | : | No. 365 MAL 2019 |
| DAVID KELLER, | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WELLS FARGO BANK, N.A., A/K/A | : | |
| WELLS FARGO, | : | |
| | : | |
| Respondent | : | |

NORTHEAST INVESTORS GROUP, INC.,   :   No. 366 MAL 2019
- DAVID KELLER              :
                                     :
                                     :   Petition for Allowance of Appeal from
            v.                  :   the Order of the Superior Court
                                     :
                                     :
WELLS FARGO BANK, N.A., A/K/A/   :
WELLS FARGO                 :
                                     :
                                     :
PETITION OF: NORTHEAST        :
INVESTORS GROUP, INC.           :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 13th day of November, 2019, the Petition for Allowance of Appeal

is **DENIED**.